**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 0:16-cv-60522-UU

CARLINE JACQUET,

    Plaintiff,

v.

HEALTHSOUTH SUNRISE REHABILITATION
HOSPITAL, LLC,

    Defendant.

_____/

**ORDER**

    THIS CAUSE is before the Court upon *sua sponte* examination of the record

    THE COURT has considered the pertinent portions of the record and is otherwise fully advised in the premises.

    On March 15, 2016, Plaintiff filed the Complaint against Defendant. D.E. 1. Based upon this Court's review of the docket, Plaintiff has not yet served Defendant and/or has failed to file verified proof of service, despite the summons having been issued on March 15, 2016. D.E. 4. Accordingly, it is hereby

    ORDERED AND ADJUDGED that Plaintiff SHALL show good cause in writing by **Friday, April 8, 2016**, as to why Plaintiff has failed to serve Defendants. In the alternative, Plaintiff SHALL file the verified proof of service by this date and/or state, in detail, why Defendant has not yet been served. Failure to comply with this Order will result in the dismissal of this action without further notice.

DONE AND ORDERED in Chambers at Miami, Florida, this 1st_ day of April, 2016.

*Ursula Ungaro*
UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf